**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TOMMY BOWDEN**                                                                    **PLAINTIFF**

**V.**                 **CASE NO. 4:12CV00345 BSM**

**JERRY LEE DORNEY, Chief Deputy**
**Johnson County Sheriff's Department**                                    **DEFENDANT**

**ORDER**

Although plaintiff Tommy Bowden filed this 42 U.S.C. § 1983 case in this district, it appears from the allegations contained in the complaint that venue properly lies in the Western District of Arkansas. Accordingly, the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas pursuant to 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(b).

The clerk is directed to immediately transfer a copy of this order and the original file herein to the Clerk of the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 15th day of June 2012.

_____
UNITED STATES DISTRICT JUDGE